**DISMISS and Opinion Filed May 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00332-CV

### KATAYOUN MOHAMMADI-JAVIDI AND ILA BIGVAND, Appellants
### V.
### BRIAN ROBINSON, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00825-2017**

## MEMORANDUM OPINION
Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

The Court has before it appellee's motion to dismiss appeal for want of jurisdiction.

Appellee asserts this Court lacks jurisdiction over this appeal because appellants' notice of appeal

was untimely filed. Appellants did not file a response.

When a party files a timely post-judgment motion extending the appellate timetable, a

notice of appeal is due ninety days or, with an extension motion, one hundred-five days after the

date a judgment is signed. *See* TEX. R. APP. P. 26.1(a)(1), 26.3. Without a timely notice of appeal,

this Court lacks jurisdiction. *See id.* 25.1(b).

The trial court signed the final judgment in this case on December 11, 2018. On January 2,

2019, appellants filed a timely motion for new trial. The notice of appeal was therefore due on

March 11, 2019 or, with an extension motion, March 26, 2019. *See id.* 26.1(a)(1), 26.3. Appellant

filed a notice of appeal on March 19, 2019. In his motion to dismiss, appellee acknowledges that the notice of appeal was filed during the fifteen-day grace period. To date, however, appellants have not sought an extension of time to file the notice of appeal.

Because the notice of appeal is untimely, we grant appellee's motion and dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190332F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KATAYOUN MOHAMMADI-JAVIDI
AND ILA BIGVAND, Appellants

No. 05-19-00332-CV     V.

BRIAN ROBINSON, Appellee

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-00825-2017.
Opinion delivered by Justice Whitehill.
Justices Partida-Kipness and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee BRIAN ROBINSON recover his costs of this appeal from appellants KATAYOUN MOHAMMADI-JAVIDI AND ILA BIGVAND.

Judgment entered May 6, 2019.